|  

Brands | Designers | Women | Men | Shoes | Handbags | Kids | Home | Beauty | Pre-Owned | **Deals** | Collections | Luxe | Livestreams








## ZADIG & VOLTAIRE 

Ships and sold by **Zadig & Voltaire**

### X Micol Sabbadini T-Shirt

**$33.00**  ~~$118.00~~  72% off

4 interest-free payments. Available for orders above $35. **Klarna.** Learn More

**FINAL SALE**

**2X** **Double points** on everything - Limited time only
Earn ~~33~~ **66 points** with this purchase.
Learn More

**FREE SHIPPING**
Usually ships within 1-2 business days

**Size (Adult - Women)**  Size Guide

**Color — White**

### SOLD OUT

## Details

Zadig & Voltaire t-shirt, print GIVE US HOPE. This message, photographed by Micol Sabbadini, a young Italian artist, during the 2017 Women's March in New York City, denounces a deep-seated disparity between the sexes that still exists. Zadig & Voltaire ha

   

## SPO REWARDS ◆◆◆

Earn points anytime you shop and receive exclusive rewards! Learn More



   

Get the app, earn 100 rewards points!

### Don't miss out!

Get early access to the latest fashion trends, deals and just in styles.

[Email Address]  **SUBMIT**

Subscribe to text messages to receive our newest sales, deals and arrivals!

| | |
|---|---|
| Help/FAQs | About SPO |
| Contact Us | SPO Rewards |
| Shipping Policy | SPO Ambassador |
| Return Policy | SPO App |
| Refund Policy | SPO Live |
| Privacy Policy | About Simon |
| Terms of Service | Gift Cards |
| Accessibility | Find Locations |
| Do Not Sell or Share My Personal Information | Partnerships |

COPYRIGHT© 2019-2023 SHOP PO, LLC. ALL RIGHTS RESERVED. We may earn a commission when you use one of our links to make a purchase.