**Registration #:** VA0002331135
**Service Request #:** 1-11907337001

## Mail Certificate

Cristina Carrillo
175 Pinehurst Ave
Apt 5G
Manhattan, NY 10033 United States

**Priority:** Special Handling      **Application Date:** November 07, 2022

## Correspondent

**Organization Name:** EmClara, LLC
**Name:** Melissa Bright
**Email:** melissa@emclara.co
**Telephone:** (240)630-5500
**Alt. Telephone:** (850)559-0780
**Fax:** (240)301-7414
**Address:** 6106 Harvard Avenue
No. 596
Glen Echo, MD 20812 United States

**Registration Number**
# VA 2-331-135
**Effective Date of Registration:**
December 04, 2022
**Registration Decision Date:**
December 19, 2022

## Title

**Title of Work:** LOVE WILL RISE ABOVE ALL

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Cristina Carrillo
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cristina Carrillo
175 Pinehurst Avenue, Apt. 5G, New York, NY, 10033, United States

## Rights and Permissions

**Organization Name:** EmClara LLC
**Name:** Melissa Bright
**Email:** melissa@emclara.co
**Telephone:** (240)630-5500
**Alt. Telephone:** (850)559-0780
**Address:** 6106 Harvard Avenue
No. 596
Glen Echo, MD 20812 United States

## Certification

**Name:** Cristina Carrillo
**Date**: November 07, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.