**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CRISTINA CARRILLO

        Plaintiff,

    - vs —

MICOL SABBADINI, ZV NY, INC., ZV France, S.A.S., and JOHN DOES 1-10

        Defendants.

Case No.  23-cv-05692-VSB

**COPYRIGHT INFRINGEMENT**

---

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Melissa A. Bright, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Cristina Carrillo, in the above-captioned action.

I certify that I am a member in good standing of the Bar of the State of Maryland, the Bar of the Commonwealth of Virginia, and the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted this 5th day of July, 2023.

EmClara LLC

By: _____

Melissa A. Bright, Esq.
VA Bar ID No. 80167
6106 Harvard Ave., No. 596
Glen Echo, MD 20812
Tel. (240) 630-5500
Fax (240) 301-7414
melissa@emclara.co

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading was electronically filed with the Clerk by using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

This 5th day of July, 2023.

By: _____
Melissa A. Bright
VA Bar ID No. 80167