AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-05692

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ZV NY, INC**
was recieved by me on **7/23/2023:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Thierry Giller**, who is designated by law to accept service of process on behalf of **ZV NY, INC** at **185 Alewife Brook Parkway suite 210, Cambridge, MA 02138** on **07/25/2023 at 12:02 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:   07/25/2023

*Server's signature*

**David E McGrath**
*Printed name and title*

**48 Border Winds Ave
SEABROOK, NH 03874**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o Thierry Giller, CEO with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.  Pat barney received on behalf of the defendant**



Tracking #: **0110888960**

