## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTINA CARRILLO<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICOL SABBADINI, ZV NY, INC., ZV France S.A.S., and JOHN DOES 1-5<br><br>　　　　　　　　Defendants. | No. 1:23-CV-05692 (VSB)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all of the pleadings and proceedings heretofore and herein, Defendant ZV NY, Inc. move this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's claims for statutory damages pursuant to 17 U.S.C. § 504(c), attorney's fees pursuant to 17 U.S.C. § 505, and any damages and profits pursuant to 17 U.S.C. § 504(b) related to alleged infringements that occurred more than three years before the Complaint was filed on July 1, 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  August 15, 2023　　　　　　**HAND BALDACHIN & ASSOCIATES LLP**

　　　　　　　　　　　　By:　*/s/ Marc S. Reiner*
　　　　　　　　　　　　　　　Marc S. Reiner (mreiner@hballp.com)
　　　　　　　　　　　　　　　Adam B. Michaels (amichaels@hballp.com)
　　　　　　　　　　　　　　　1740 Broadway, 15th Floor
　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　Tel:  (212) 956-9500
　　　　　　　　　　　　　　　Fax:  (212) 376-6080

　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　*ZV NY, Inc.*