UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
CRISTINA CARRILLO,                                     :
                                                       :
                         Plaintiff,                    :
                                                       :     23-CV-5692 (VSB)
            -against-                                  :
                                                       :     **ORDER**
                                                       :
MICOL SABBADINI, *et al.*,                             :
                                                       :
                         Defendants.                   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Clerk of the Court has entered a Certificate of Default in this matter against Defendant ZV France SAS. (Doc. 35.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days. Failure to take action may result in the case against Defendant ZV France SAS being dismissed for failure to prosecute.

SO ORDERED.

Dated: August 6, 2024
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge