UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISTINA CARRILLO

                  Plaintiff,

-against-                      23-CV-5692 (VSB)

MICOL SABBADINI, *et al.*,             **ORDER**

                  Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      A telephonic conference in this matter was held on October 23, 2024. Consistent with the discussion during the conference, it is hereby:

      ORDERED that Plaintiff Cristina Carrillo and Defendant ZV France, S.A.S. adhere to the briefing schedule below:

- November 6, 2024: ZV France, S.A.S. shall file initial papers regarding the arguments raised in its October 21, 2024 letter, (Doc. 48), in response to the September 9, 2024 order to show cause, (Doc. 41).

- November 20, 2024: Plaintiff Cristina Carrillo shall file her opposition.

- November 27, 2024: Defendant ZV France, S.A.S. shall file its reply.

SO ORDERED.

Dated:    October 23, 2024
           New York, New York

                                                VERNON S. BRODERICK
                                              United States District Judge