UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CRISTINA CARRILLO,

          Plaintiff,

          -against-

MICOL SABBADINI, et al.

          Defendants.
------------------------------------------------------------x

23-CV-5692 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 78, wherein Defendants request a stay of discovery pending a decision on Sabbadini's motion to dismiss, (ECF 78), which Plaintiff opposes. (ECF 79). In her opposition, Plaintiff states that she has attempted to engage in cooperative settlement discussions with Defendants in the past. (ECF 79 at 2).

Defendants' request is **GRANTED in part, denied in part**. Discovery as to all Defendants is hereby **STAYED until May 8, 2025,** pending settlement discussions.

The Court will hold a **Preliminary Settlement Conference Call on Thursday, May 8, 2025, at 2:00 p.m.** Please call Chambers at (212) 805-0260 when all counsel are on the line.

The Clerk of Court is respectfully directed to close ECF 78.

**SO ORDERED.**

Dated: April 15, 2025
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge