**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CRISTINA CARRILLO,

                Plaintiff,　　　　　　　23-CV-5692 (VSB) (OTW)

               -against-　　　　　　　　**ORDER**

MICOL SABBADINI, et al.

               Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Wednesday, September 10, 2025 with counsel for ZV NY, Inc. only.

As directed on the call, counsel for ZV NY, Inc. is requested to email Chambers with the information specified on the call by close of business **Friday, September 26, 2025**.

**SO ORDERED.**

                                            _s/ Ona T. Wang_

Dated: September 11, 2025　　　　　　　　　**Ona T. Wang**
       New York, New York　　　　　　　　United States Magistrate Judge