UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CRISTINA CARRILLO,                              :        23-cv-5692 (SHS)

                          Plaintiff,            :        ORDER OF DISMISSAL

          -against-                             :

MICOL SABBADINI, ET AL.,                        :

                          Defendants.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having been notified that this case has settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 60 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time.

Dated: New York, New York
      June 22, 2026

                        SO ORDERED:

                            Sidney H. Stein, U.S.D.J.