UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| CRISTINA CARRILLO, | : | 23-cv-5692 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| MICOL SABBADINI, ET AL., | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A telephone conference having been held today, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The last day for fact and expert discovery remains at December 8, 2026; and

2. There will be a pretrial telephone conference on December 8, 2026, at 12:00 p.m. The link for the MS Teams teleconference will be emailed to the parties.

Dated: New York, New York
September 29, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.