UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| CRISTINA CARRILLO, | : | 23-cv-5692 (SHS) |
| Plaintiff, | : | |
| -v- | : | <u>ORDER</u> |
| MICOL SABBADINI, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A telephone conference having been held today, with counsel for all parties participating,

IT IS HEREBY ORDERED that defendant shall be permitted to file her medical records and her declaration attaching her medical records under seal.

Dated: New York, New York
November 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.