UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| CRISTINA CARRILLO, | : | 23-cv-5692 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| MICOL SABBADINI, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A telephone conference having been held yesterday, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. Cristina Carrillo's deposition shall take place in New York on November 19, 2026, as noticed;

2. Micol Sabbadini's deposition shall take place remotely on November 23, 2026; and

3. The deadline for completion of fact and expert discovery remains at December 8, 2026.

Dated: New York, New York
November 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.