UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA CARRILLO,

Plaintiff,

v.

MICOL SABBADINI,

Defendant.

23-cv-5692 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff has moved pursuant to Fed. R. Civ. P. 12(f) to strike defendant's affirmative defenses seven and eight. (*See* Dkt. Nos. 110, 108 at 38-40.) Although difficult to discern, affirmative defense seven appears to allege that Carrillo participated in a plan with the ZV defendants to reestablish the e-commerce webpage that featured Sabbadini's allegedly infringing work. Affirmative defense eight asserts that the same conduct constitutes unclean hands.

The Court has determined that affirmative defenses seven and eight state sufficient factual detail to survive a Rule 12(f) motion to strike. However, the Court finds the alleged factual scenario to be highly attenuated and unlikely. The determination of whether or not the Court will permit relevant evidence on these affirmative defenses at trial will be made during the course of the trial.

Dated: New York, New York
November 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.